**Fill in this information to identify the case:**

Debtor 1 _Eliza Henderson_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____  District of _Nevada_
                                                                                      (State)

Case number _2:14-bk-17608-abl_____

---

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

---

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): _____5_____

**Last 4 digits** of any number you use to identify the debtor's account: _5_ _2_ _4_ _9_

**Property address:** 1223 Cunningham Drive
Number        Street

_____

_Las Vegas, NV 89106_
City                          State        ZIP Code

---

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                      $ _____

---

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
                                                                                   MM / DD  / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                              (a) $6,339.84 __

b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _400.00 __

c.  **Total**. Add lines a and b.                                                    (c) $6,739.84 __

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:              _12_/_01_/_2019_____
                                              MM / DD  / YYYY

---

Debtor 1    <u>Eliza Henderson</u>
    First Name       Middle Name       Last Name

Case number (*if known*)   <u>2:14-bk-17608-abl</u>

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

£ I am the creditor.

£ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

<u>     /s/ Allison Schmidt      </u>
      Signature

Date <u>07</u> / <u>09</u> / <u>2020</u>

Print     <u>Allison Schmidt</u>
      First Name       Middle Name       Last Name

Title <u>Counsel for Secured Creditor</u>

Company     <u>Ghidotti Berger, LLP</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address     <u>920 Old Tustin Avenue</u>
      Number       Street

<u>Santa Ana, CA  92705</u>
      City            State       ZIP Code

Contact phone   (949)   427   –   <u>2010</u>

Email <u>bknotifications@ghidottiberger</u>.com

<em>CASE NO.: 2:14-bk-17608-abl</em>

## CERTIFICATE OF SERVICE

On July 9, 2020, I served the foregoing document described as *Response to Notice of Final Cure* on the following individuals by electronic means through the Court's ECF program:

**DEBTOR(S) COUNSEL(S)**

Narrah F. Newark        Bk@nnbklaw.com,  nnbklaw@gmail.com

**TRUSTEE/TRUSTEE(S) COUNSEL(S)**

Kathleen A. Leavitt     courtsecf3@las13.com

On July 9, 2020, I served the foregoing documents described as *Response to Notice of Final Cure* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL enclosed in a sealed envelope, with postage paid, addressed as follows:

**Debtor**
**Eliza Henderson**
1223 Cunninghan Drive
Las Vegas, NV 89106

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker<br>Ricardo Becker